JUDGE DAVID GUADERRAMA

FILED

2016 NOV -2 AM 12: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO. EP-16-CR- |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 18 U.S.C. § 1544- Improper Use of |
| IDALI BAUTISTA, | § | Another's Passport |
| | § | |
| Defendant. | § | |

EP16CR1922

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 1544)

That on or about October 9, 2016, in the Western District of Texas, Defendant,

**IDALI BAUTISTA,**

willfully and knowingly used and attempted to use a United States passport, which passport had been issued and designed for the use of another person, in that the defendant presented said passport to an official of the United States to gain entry into the United States, in violation of Title 18, United States Code, Section 1544.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney